ALEX MARSHALL V. THE STATE

No. 6600. Decided January 18, 1922.

**Intoxicating Liquor—Possession—Repeal of Statute.**

Where upon appeal from a conviction of possessing intoxicating liquors under the so-called Dean Act, the judgment must be reversed and the cause dismissed, as said Act has been so amended as to amount to a repeal of same. Following Cox v. State, 90 Texas Crim. Rep., 256, recently decided.

Appeal from the District Court of Jasper. Tried below before the Honorable V. H. Stark.

Appeal from a conviction of unlawfully possessing intoxicating liquors; penalty, three years imprisonment in the penitentiary.

The opinion states the case.

*Blake & Neel,* for appellant.

R. G. Storey, Assistant Attorney General, for the State.

LATTIMORE, Judge.—Appellant was convicted in the district court of Jasper County of the offense of possessing liquor, and his punishment fixed at three years in the penitentiary.

Under numerous authorities of this court it has been held that the law making the possession of liquor penal was so amended by the recent special Session of the 37th Legislature, as to amount to a repeal of the same. Cox v. State, 90 Texas Crim. Rep., 256, No. 6423, and Petit v. State, 90 Texas Crim. Rep., 336, No. 6510, decided at the present term but not yet reported. It appearing in the instant case that appellant was prosecuted for a violation of said law,—in accordance with said decisions it will be necessary for us to reverse this case and order its dismissal, which is accordingly done.

*Reversed and dismissed.*